# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JULIO TORRES and LUZ TORRES,**

        **Plaintiffs,**

-vs-                                                                          Case No.  6:04-cv-1466-Orl-31KRS

**DILLARDS, INC.,**

        **Defendant.**

_____

## ORDER

      This matter comes before the Court on the parties' response (Doc. 24) to this Court's order to show cause, which was also filed as a joint motion to remand (Doc. 25).  Some fourteen months after removing this case, originally filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, the parties jointly move to send it back to state court, asserting that that "venue" is more appropriate "for reasons which include the convenience of counsel, the parties and witnesses."  (Doc. 24 at 1).  No other grounds for remand of this diversity case are given.

      This case is scheduled to go to trial, five weeks from now, in Orlando's George C. Young United States Courthouse and Federal Building.  (Doc. 21).  Considering that the Orange County Courthouse is located about four blocks away, it seems decidedly unlikely that the former would be any more convenient than the latter.  Even if this were not the case, this Court has no authority to remand a properly removed case on the basis of grounds not provided in the controlling statute. *Thermtron Products, Inc. v. Hermansdorfer*, 423 U.S. 336, 345 (1976), *abrogated on other*

*grounds*, 517 U.S. 706 (1976).  The parties have not cited any statute that permits remand on grounds of convenience, and the Court is not aware of any.

The parties have, however, cited to Federal Rule of Civil Procedure 41, which *inter alia*, permits voluntary dismissal of a case in certain circumstances.  The parties have also referred to dismissal in their motion.  However, the parties have not complied with the requirements of Rule 41 to accomplish such a dismissal.  Moreover, a dismissal will not accomplish the remand the parties apparently seek.  In consideration of the foregoing, it is hereby

**ORDERED** that the Joint Motion for Entry of Order Remanding Case (Doc. 25) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 8, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party